# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Lothar Konrad Krauth, ) | Case No. |
| ) | MJ 18-76-GF-JTJ |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Oct. 26, 2017 and Oct. 26, 2018   in the county of   Cascade   in the   District of   Montana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receipt of child pornography (Penalty: Mandatory minimum 5 to 20 years imprisonment, $250,000 fine and three years supervised release) |

This criminal complaint is based on these facts:
See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian M. Flynn, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/09/2018

*Judge's signature*

City and state:   Great Falls, Montana        John T. Johnston, United States Magistrate Judge
*Printed name and title*