J. THOMAS BARTLESON
CYNDEE L. PETERSON
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front St., Ste. 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
Email: Thomas.Bartleson@usdoj.gov
       CPeterson@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

DEC 0 6 2018

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 18-99-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | RECEIPT OF CHILD PORNOGRAPHY<br>Title 18 U.S.C. § 2252(a)(2)<br>(Penalty: Mandatory minimum 5 to 20 years imprisonment, $250,000 fine, three years supervised release, and $5,000 special assessment.) |
| LOTHAR KONRAD KRAUTH, | |
| Defendant. | |
| | FORFEITURE<br>Title 18 U.S.C. § 2253(a)(3) |

THE GRAND JURY CHARGES:

That from on or about January 30, 2015, through on or about October 9, 2018, at Great Falls and in Cascade County, in the State and District of Montana, the defendant, LOTHAR KONRAD KRAUTH, knowingly received any visual

1

depiction using any means of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256, and the depiction is of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

As a result of the commission of the crime described above, and upon his conviction, the defendant, LOTHAR KONRAD KRAUTH, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title and interest in the following described property that represents property used to commit the offense:

- Think Centre computer tower, Model C9U, S/N: MJLDLBD;
- Nine external hard drives;
- Six thumb drives;
- Two digital cameras;
- 210 DVDs and CDs; and,

//
//
//
//
//

- 30 VCR tapes.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

for KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant: _____
Bail: _____

Arraignment
12/11/18 @ 10:00am
Judge Johnston

3