# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUTHAR KONRAD KRAUTH,<br><br>Defendant. | Case No. CR-18-99-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court's Office is ordered to accept restitution payments from the Defendant, prior to the Defendant's Sentencing Hearing set for October 3, 2019

DATED this 11th day of September, 2019.

_____
Brian Morris
United States District Court Judge