# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOTHAR KONRAD KRAUTH,<br><br>Defendant. | Case No. CR 18-99-GF-BMM<br><br>ORDER |

Lothar Konrad Krauth, having filed an Unopposed Second Motion to Delay Self Surrender and good cause appearing therefor;

IT IS HEREBY ORDERED that Defendant's Self Surrender is delayed until December 3, 2019.

DATED this 15th day of November, 2019.

_____
Brian Morris
United States District Court Judge

1